1

2   Robert M. Bernstein, Esq.(183398)
    Attorney at Law
3   12400 Wilshire Blvd., Suite 1500
    Los Angeles, CA 90025-1023
4   (310) 477-1480

5   Attorney for Defendant
    SHAHROKH MAJDI

6

7                   UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,          ) Case No.: No. CR-S-04-0130
                                        )
10               Plaintiff,             ) STIPULATION AND ORDER TO
                                        ) CONTINUE ARRAIGNMENT ON
11        vs.                           ) SUPERSEDING INFORMATION;
                                        ) [PROPOSED] ORDER
12   SHAROKH MAJDI, et al.,             )
                                        ) CURRENT DATE:
13               Defendant              ) June 23, 2005, 2:00 PM
                                        )
14   _____     ) PROPOSED NEW DATE:
                                          October 20, 2005, 2:00 PM

15          Defendant, Shahrokh Majdi, through his counsel of record,

16   Robert M. Bernstein, and the United States of America, through

17   its counsel of record, Assistant United States Attorney, Daniel

18   S. Linhardt, hereby stipulate to and request an order to continue

19   the date of the arraignment on the superseding Information from

20   June 23, 2005, at 2:00 p.m., until October 20, 2005 at 2:00 p.m.

                      based on the following facts:

21        1.  This case is currently scheduled for arraignment on the

22   superseding Information on June 23, 2005, at 2:00 p.m.

23        2.This superseding Information was filed in anticipation of

24   a plea agreement being reached between the parties.  However,

25                                   there
                                     ///

                                    -1-

will not be a plea agreement and this case will proceed to trial.
Nonetheless, the Defendant will still need to be arraigned on the
superseding Information.

3. Both parties agree that the ends of justice are served by
granting this brief continuance.  Both parties agree that the
ends of justice served by granting such a continuance outweigh
the best interest of the public and defendant in conducting an
arraignment on June 23, 2005.

4. Pursuant to 18 U.S.C. § 3161(h) (8)(A), the ends of
justice served by granting such a continuance outweigh the best
interest of the public and the defendant in conducting an
arraignment on the superseding Information now scheduled for June
23, 2005.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

5.  Based on the foregoing, the parties agree that, for the purpose of computing time under the Speedy Trial Act within which trial must commence, the time period of June 23, 2005, until October 20, 2005, constitutes excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: June 13, 2005                Respectfully submitted,


                                    S/Robert M. Bernstein
                                    _____
                                    ROBERT M. BERNSTEIN
                                    Attorney for Defendant
                                    SHAHROKH MAJDI



Dated: June 13, 2005                S/Daniel S. Linhardt


                                    _____
                                    DANIEL S. LINHARDT
                                    ASSISTANT U.S. ATTORNEY

ORDER

GOOD CAUSE HAVING BEEN SHOWN: IT IS SO FOUND AND ORDERED:
That the arraignment on the superseding Information currently
scheduled for June 23, 2005 at 2:00 P.M. before Magistrate Judge
Peter A. Nowinski be continued until October 20, 2005 at 2:00
P.M.

Dated:  June 15, 2005.

                        /s/ Peter A. Nowinski
                       PETER A. NOWINSKI
                       Magistrate Judge

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a resident of the aforesaid County; I am over the age of eighteen years and not a party to the entitled action. My business address is 12400 Wilshire Boulevard, Suite 1500, Los Angeles, California 90025.

On June 13, 2005, I served a copy of the attached **STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT ON SUPERSEDING INFORMATION; [PROPOSED] ORDER**, upon the following parties, such parties being all that are required to be served:

[X]      Sent via U.S. Mail :

**DANIEL S. LINHARDT**
**ASSISTANT U.S. ATTORNEY**
**591 I STREET, SUITE 10-100**
**SACRAMENTO, CA 95814**
**Fax:     (916) 554-2900**

I declare under the penalty of perjury under the laws of the State of California that the forgoing is true and correct to the best of my knowledge and belief.

Executed on June 13, 2005, at Los Angeles, California.

_____
Amir Aharonov