Robert M. Bernstein, Esq.
Attorney at Law
9595 Wilshire Blvd. Suite 900
Beverly Hills, CA 90212
(310) 477-1480

Attorney for Defendant
SHAHROKH MAJDI

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHAHROKH MAJDI, et al. ) <br> ) <br> Defendant. ) <br> ) <br> _____) | CASE NO: CR-S-04-0130 GEB <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE: <br><br> CURRENT SENTENCING DATE: JUNE 9, 2006 9:00 AM <br><br> PROPOSED NEW SENTENCING DATE: JULY 14, 2006 9:00 AM |

Defendant, Shahrokh Majdi, through his counsel of record, Robert M. Bernstein, and the United States of America, through its counsel of record, Assistant United States Attorney, Laurel White, hereby stipulate to and request an order to continue the date of the sentencing from June 9, 2006 at 9:00 a.m. until July 14, 2006, at 9:00 a.m., based on the following facts:

 1.  This case is currently scheduled for sentencing on June 9, 2006 at 9:00 a.m.

 2.  Sentencing was previously scheduled for June 2, 2006, on May 26, 2006 the Court, on it own Motion, rescheduled the sentencing for June 9, 2006.  Defense Counsel is unavailable on that date.

3. Defense Counsel and the Government have agreed and hereby stipulate to continue the sentencing until July 14, 2006 at 9:00 AM.  This date has already been approved for the sentencing hearing by Judge Burrell's courtroom clerk.

Dated: May 31, 2006                    Respectfully submitted,


                                       /s/ Robert M. Bernstein
                                       _____
                                       ROBERT M. BERNSTEIN
                                       Attorney for Defendant
                                       SHAHROKH MAJDI

Dated: May 31, 2006
                                       /s/ Laurel White
                                       _____
                                       LAUREL WHITE
                                       ASSISTANT U.S. ATTORNEY

IT IS SO ORDERED.
Dated:  June 2, 2006

                                       /s/ Garland E. Burrell, Jr.
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge

**ORDER**

      **GOOD CAUSE HAVING BEEN SHOWN: IT IS SO FOUND AND ORDERED: That the sentencing hearing currently scheduled for June 9, 2006 at 9:00 A.M. before the Honorable Garland E. Burrell be continued until July 14, 2006 at 9:00 a.m..**

**Date: _____            _____**
                                             **United States District Court Judge**