Robert M. Bernstein, Esq.
Attorney at Law
9595 Wilshire Blvd. Suite 900
Beverly Hills, CA 90212
(310) 477-1480

Attorney for Defendant
SHAHROKH MAJDI

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: CR-S-04-0130 GEB |
| | ) | |
| Plaintiff, | ) | PROPOSED ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| SHAHROKH MAJDI, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

   Defendant, Shahrokh Majdi, through his counsel of record, Robert M. Bernstein, files this proposed order to modify a typographical error in the Judgment of the case. The Defendant appeared before this honorable court for sentencing on August 11, 2006. At which time, this Court sentenced Mr. Majdi to a term of imprisonment of one year and one day. This Court ordered Mr. Majdi to surrender to the designated BOP facility or the United States Marshall in thirty days - by 2:00 p.m. on September 11, 2006. However, the Judgment which was signed by this Court on August 24, 2006, mistakenly listed Mr. Majdi's surrender date as September 1, rather than September 11, 2006.

**After speaking with the Clerk of the Court, she suggested the defendant file this proposed Order to correct the typographical error in the Judgment.**

Dated: August 28, 2006                    Respectfully submitted,


                                          /s/ Robert M. Bernstein

                                          _____
                                          ROBERT M. BERNSTEIN
                                          Attorney for Defendant
                                          SHAHROKH MAJDI

**ORDER**

      GOOD CAUSE HAVING BEEN SHOWN: IT IS SO FOUND AND ORDERED:
That the Judgment in the criminal case contains a typographical error
and incorrectly states the defendant must surrender himself by
September 1, 2006. The Judgment should be modified to reflect that the
defendant Shahrokh Majdi, is ordered to surrender himself to the
designated BOP facility, or the United States Marshall in the Central
District of California by 2:00 p.m. on September 11, 2006.

Dated:  August 31, 2006

                                      /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge