Robert M. Bernstein, Esq.
Attorney at Law
9595 Wilshire Blvd. Suite 900
Beverly Hills, CA 90212
(310) 477-1480

Attorney for Defendant
SHAHROKH MAJDI

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: CR-S-04-0130 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO APPLY CASH BAIL TO |
| ) | THE RESTITUTION ORDER |
| v. ) | |
| ) | |
| SHAHROKH MAJDI, et al. ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____) | |

     Defendant, Shahrokh Majdi, through his counsel of record, Robert M. Bernstein, and the United States of America, through its counsel of record, Assistant United States Attorney, Laurel White, hereby stipulate to and request an order to apply the cash bail currently being held by the United States District Court for the Eastern District of California in the amount of One Hundred and Fifty Thousand Dollars ($150,000.000) plus interest, to the outstanding Restitution Order.

| | |
|---|---|
| Dated: November 28, 2006 | Respectfully submitted, |
| | /s/ Robert M. Bernstein |
| | _____ |
| | **ROBERT M. BERNSTEIN** |
| | Attorney for Defendant |
| | SHAHROKH MAJDI |
| Dated: November 28, 2006 | /s/ Laurel White |
| | _____ |
| | **LAUREL WHITE** |
| | ASSISTANT U.S. ATTORNEY |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN: IT IS SO FOUND AND ORDERED: That the cash bail being held by the United States District Court for the Eastern District of California in the amount of One Hundred and Fifty Thousand Dollars ($150,000.00) plus interest, is to be applied to the outstanding Restitution Order in the above captioned case.

Dated:   November 28, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

3