UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
Chief United States District Judge
Sacramento, California

RE:   Shahrokh MAJDI
Docket Number:   2:04CR00130-01
PERMISSION TO TRAVEL
OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Puerto Vallarta, Mexico. He is in compliance with all supervision obligations. He has maintained stable employment and satisfied the financial obligations. He is supervised in the Central District of California Probation Office and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 11, 2006, Mr. Majdi was sentenced for the offense(s) of 18 USC 1347, 2 - Health Care Fraud, Aiding and Abetting.

**Sentence imposed:** He was sentenced to 12 months and 1 day custody; 3 years supervised release; $100 special assessment; $327,000 restitution. Special conditions included: Search; Financial restrictions and disclosure; Asset restrictions; and Submit to DNA collection.

**Dates and Mode of Travel:** He is requesting travel from June 14, 2008 to June 28, 2008.

**Purpose:** Vacation

Respectfully Submitted,

/s/ Deborah A. Spencer

**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

**RE:**   **Shahrokh MAJDI**
        **Docket Number:   2:04CR00130-01**
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**DATED:**   May 19, 2008
          Elk Grove, California
          DAS

---

**ORDER OF THE COURT:**

Approved   X                              Disapproved   _____

Dated:  May 20, 2008

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge